# EXHIBIT A

24.192.37.166