## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

GUAVA LLC,

      Plaintiff,

  v.

JOHN DOE,

      Defendant,

_____/

JONATHAN W. TAPPAN (P72195)
Jonathan W. Tappan, PLLC
2549 Somerset Blvd. #102
Troy, MI 48084
Phone: (415) 325-5900
Email: blgibbs@wefightpiracy.com

_____/

## CORPORATE PARTY DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that Guava LLC does not have a parent corporation that owns 10% or more of its stock.

                        Respectfully submitted,

                        Guava LLC

DATED: October 5, 2012

                By:    /s/ Jonathan W. Tappan
                        JONATHAN W. TAPPAN (P72195)
                        Jonathan W. Tappan, PLLC
                        2549 Somerset Blvd. #102
                        Troy, MI 48084
                        Phone: (415) 325-5900
                        Email: blgibbs@wefightpiracy.com
                        *Attorney for Plaintiff*

1