IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

GUAVA LLC,

    Plaintiff,                                                  No. 2:12-cv-14441-GCS-MJH

    v.                                                       Hon. Judge George Caram Steeh

JOHN DOE,

    Defendant,

_____/

JONATHAN W. TAPPAN (P72195)
Jonathan W. Tappan, PLLC
2549 Somerset Blvd. #102
Troy, MI 48084
Phone: (415) 325-5900
Email: blgibbs@wefightpiracy.com
_____/

## PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against the John Doe Defendant. The Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

                                                  Respectfully submitted,

                                                  Guava, LLC

DATED: November 20, 2012

                            By:    /s/ Jonathan W. Tappan
                                    JONATHAN W. TAPPAN (P72195)
                                    Jonathan W. Tappan, PLLC
                                    2549 Somerset Blvd. #102
                                    Troy, MI 48084
                                    Phone: (415) 325-5900
                                    Email: blgibbs@wefightpiracy.com
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.

/s/ Jonathan W. Tappan
Jonathan W. Tappan